O

JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUDY ESCAMILLA, | ) | NO. CV 13-9506-JGB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| W.L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: August 29, 2014.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE